UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Adijat Edwards,

       Petitioner,

v.

United States Immigration and Customs
Enforcement Division of the Department of
Homeland Security; United States
Department of Homeland Security; Janet
Napolitano, Secretary of Department of
Homeland Security; and Scott Baniecke, St.
Paul Field Office Director for Detention and
Removal Operation;

       Respondents.

Civil No. 11-320 (JNE/JJK)
ORDER

---

      In a Report and Recommendation dated August 9, 2011, the Honorable Jeffrey J. Keyes, United States Magistrate Judge, recommended that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 be denied. Petitioner objected to the Report and Recommendation and the Government responded. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court agrees that it lacks subject matter jurisdiction over this Petition and adopts the Report and Recommendation [Docket No. 22]. Therefore, IT IS ORDERED THAT:

    1.    The Petition for a Writ of Habeas Corpus [Docket No. 1] is DENIED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 26, 2011

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Judge